**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CASE NO.: 1:20-CV-96 |
| | § | |
| 8.691 ACRES OF LAND, MORE OR LESS, | § | |
| SITUATE IN CAMERON COUNTY, | § | |
| STATE OF TEXAS; AND J & I | § | |
| PARTNERS, LTD, ET AL., | § | |
| | § | |
| *Defendants.* | § | |

_____

**COMPLAINT IN CONDEMNATION**
_____

1.      This is a civil action brought by the United States of America at the request of the

Secretary of the Department of Homeland Security, through [the Acquisition Program Manager,

Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate,

U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security], for

the taking of property under the power of eminent domain through a Declaration of Taking, and

for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §

1358.

3.      The interest in property taken herein is under and in accordance with the authority

set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in

Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being

acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
MANUEL MUNIZ LORENZI
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 992-9425
E-mail:  Manuel.Muniz.Lorenzi@usdoj.gov

# SCHEDULE A

**SCHEDULE A**

AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved February 15, 2019, as Public Law 116-6, div. A, tit. II, Section 230, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

**<u>SCHEDULE B</u>**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Cameron County, Texas

Tract:  RGV-HRL-7503
Owner:  J & I Partners, LTD, et al.
Acres:  8.691

**Being** a 8.691 acre tract (378,567 sq ft) parcel of land, more or less, being out of a called 153.765 acre tract, calculated as 157.208 acres, in Cameron County, Texas conveyed to J & I Partners LTD, Volume 19026, Page 237 and Volume 20192, Page 171. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at a Stainless Steel Rod in a Concrete Structure, Stamped: PHR-031-0010, COE PID#: AHJ405, having the following NAD83 (2011) Grid Coordinates N=16533818.85, E=1275206.55; Thence S 29°09'26" W a distance of 5484.88 feet to a found 2-3/4" iron pipe with a 3" Aluminum Disk, Stamped Tract No. 250, Corner No. 1 on the West line of the J & I Partners LTD tract, Volume 19026, Page 237 and the Northeast corner of the United States of America tract, Volume 1095, Page 7, for the **Point of Commencement,** having the following coordinates: N=16529028.98, E=1272534.28.

**Thence:** S 02°24'10" W along the East line of the United States of America tract, Volume 1095, Page 7 and the West line of the J & I Partners LTD tract, Volume 19026, Page 237, a distance of 586.96 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7501-8=7503-1, for the **Point of Beginning,** having the following coordinates: N=16528442.54, E=1272509.67.

**Thence:** S 77°22'44" E departing said property line, following a line at an approximate 60 foot offset North of the existing levee toe, crossing the center of an existing 19 foot wide dirt road at 25 feet, a distance of 48.78 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-2 for angle;

**Thence:** N 70°12'28" E along said North line, a distance of 101.36 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-3 for angle;

**Thence:** N 63°53'48" E along said North line, a distance of 390.16 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-4 for angle;

**Thence:** N 66°16'22" E along said North line, a distance of 106.94 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-5 for angle;

## SCHEDULE C (Cont.)

**Thence:** N 68°17'11" E along said North line, crossing the East line of the J & I Partners LTD tract, Volume 19026, Page 237 and the West line of the J & I Partners LTD tract, Volume 20192, Page 171 at 52.87 feet, a distance of 123.19 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-6 for angle;

**Thence:** N 78°34'51" E along said North line, a distance of 187.02 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-7 for angle;

**Thence:** N 89°16'07" E along said North line, a distance of 155.38 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-8 for angle;

**Thence:** S 82°39'37" E along said North line, a distance of 196.62 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-9 for angle;

**Thence:** S 72°54'46" E along said North line, a distance of 41.63 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-10=7505-1 for angle, said point being on the East line of the J & I Partners LTD tract, Volume 20192, Page 171 and on the West line of the Juan Rodriguez tract, Volume 880, Page 291;

**Thence:** S 07°03'50" W along said property line, departing said North line, entering the I.B.W.C. levee Right-of-Way File No. 5030-R-459-C at 50.83 feet, crossing the center of the levee road at 93 feet, a distance of 279.21 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-11=7505-7 for angle, said point being on the South limit of the 150' enforcement zone and on the East line of the I.B.W.C. levee Right-of- Way File No. 5030-R-459-C;

**Thence:** N 71°24'16" W departing said property line, departing said I.B.W.C. line, along said enforcement zone, a distance of 71.68 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-12 for angle;

**Thence:** N 85°19'46" W along said enforcement zone, crossing the center of an existing 12 foot wide dirt road at 104 feet, departing the I.B.W.C. levee Right-of-Way File No. 5030-R- 459-C and entering the I.B.W.C. levee Right-of-Way File No. 5034-R-458-C at 108.70 feet, a distance of 153.38 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-13 for angle;

**Thence:** S 86°58'11" W along said enforcement zone, a distance of 123.68 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-14 for angle;

**Thence:** S 77°53'50" W along said enforcement zone, a distance of 148.58 feet to a set

## SCHEDULE C (Cont.)

5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-15 for angle;

**Thence:** S 63°35'24" W along said enforcement zone, crossing the East line of the J & I Partners LTD tract, Volume 19026, Page 237 and the West line of the J & I Partners LTD tract, Volume 20192, Page 171 and departing the I.B.W.C. levee Right-of-Way File No. 5034-R-458-C and entering the I.B.W.C. levee Right-of-Way File No. 5033-R-457-C at 146.87 feet, crossing the center of an existing 15 foot wide dirt road at 173 feet, departing the I.B.W.C. levee Right-of-Way File No. 5033-R-457-C and entering the I.B.W.C. levee Right-of-Way File No. 5033-R-34-C at 492.88 feet, a distance of 495.80 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-16 for angle;

**Thence:** S 66°06'38" W along said enforcement zone, crossing the center of an existing 21 foot wide dirt road at 86 feet, a distance of 183.38 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7503-17 for angle;

**Thence:** N 89°24'42" W along said enforcement zone, a distance of 155.54 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-HRL-7501-10=7503-18 for angle, said point being on the West line of the J & I Partners LTD tract, Volume 19026, Page 237 and on the East line of the United States of America tract, Volume 1095, Page 7 and on the West line of the I.B.W.C. levee Right-of-Way File No. 5033-R-34-C;

**Thence:** N 02°23'43" E along said property line, along said I.B.W.C. line, departing said enforcement zone, crossing the center of the levee road at 175 feet, a distance of 271.27 feet to a found 3" iron pipe designated as RGV-HRL-7501-9=7503-19 for angle, said point being the Northwest corner of the I.B.W.C. levee Right-of-Way File No. 5033-R-34-C;

**Thence:** N 02°24'10" E along said property line, departing said I.B.W.C. line, a distance of 16.02 feet, returning to the **Place of Beginning.**

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



## SCHEDULE D (Cont.)



Tract:  RGV-HRL-7503
Owner:  J & I Partners, LTD, et al.
Acreage:  8.691

# SCHEDULE E

**SCHEDULE E**

ESTATE TAKEN

Cameron County, Texas

Tract:  RGV-HRL-7503
Owner:  J & I Partners, LTD, et al.
Acres:  8.691

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Reserving to the owners of the real property conveyed by Warranty Deed, recorded in the Deed Records of Cameron County, Texas on December 27, 2012 at Volume No. 19026 Page No. 237 and identified as document No. 2012-00049028; and by Warranty Deed, recorded in the Deed Records of Cameron County, Texas on May 29, 2014 at Volume No. 20192 Page No. 171 and identified as document No. 2014-00018364, reasonable access to and from the owners' lands lying between the Rio Grande River and the border barrier through opening(s) or gate(s) in the border barrier between the westernmost mark labeled "Beginning" and easternmost mark labeled "Ending" depicted on the map below;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

## SCHEDULE E (Cont.)



# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is EIGHTEEN THOUSAND ONE HUNDRED AND ELEVEN DOLLARS AND NO/100 ($18,111.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

**SCHEDULE G**

INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **J & I Partners, LTD**<br>▮▮▮▮▮▮▮▮▮▮<br>Los Fresnos, Texas ▮▮▮▮▮ | **RGV-HRL-7503**<br>Warranty Deed, Document #49023;<br>Recorded December 27, 2012, Deed<br>Records of Cameron County and<br>Warranty Deed, Document #18364;<br>Recorded May 23, 2014, Deed Records of<br>Cameron County |
| **Julio Gonzalez**<br>▮▮▮▮▮▮▮.<br>Los Fresnos, Texas ▮▮▮▮▮ | **General Partner of J & I Partners,<br>LTD** |
| **Isaura Gonzalez**<br>▮▮▮▮▮▮▮▮▮<br>Los Fresnos, Texas ▮▮▮▮▮ | **General Partner of J & I Partners,<br>LTD** |
| **Tony Yzaguirre Jr.**<br>▮▮▮▮▮▮▮▮<br>Brownsville, Texas ▮▮▮ | **Cameron County Tax Assessor** |

JS 44  (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a)  PLAINTIFFS

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
Plaintiff

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 2   U.S. Government
Defendant

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1  Original Proceeding
☐ 2  Removed from State Court
☐ 3  Remanded from Appellate Court
☐ 4  Reinstated or Reopened
☐ 5  Transferred from Another District *(specify)*
☐ 6  Multidistrict Litigation - Transfer
☐ 8  Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:

JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #        AMOUNT        APPLYING IFP        JUDGE        MAG. JUDGE